IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVONNE W. GIPSON | * | |
| v. | * | Civil No. – JFM-15-2482 |
| THOMAS P. DORE, ESQ., ET AL. | * | |

## MEMORANDUM

Plaintiff has instituted this *pro se* action against various defendants. The defendants, other than the self-styled "Alba defendants" have filed motions to dismiss. The Alba defendants have filed a motion to dismiss or for summary judgment. The motions will be granted.

Plaintiff's claims arise from allegations of irregularities in a foreclosure action that was instituted against plaintiff's residence. The foreclosure sale was ratified by the Circuit Court for Anne Arundel County, and the Maryland Court of Special Appeals issued rulings affirming the ratification order. Assuming that plaintiff has stated viable claims against any of the defendants that are not time-barred, the doctrines of *res judicata* and collateral estoppel clearly bar this law suit. Accordingly, defendants are entitled to the dismissals they seek.

A separate order is being entered herewith dismissing plaintiff's claims.

Date: November 30, 2015

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 NOV 30 AM 11:50

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY